LEO SCHWARTZBERG, Appellant, v. CHARLES WEINBLATT, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ.

SANFORD BUTTER AND EGG CO., INC., Respondent, v. DAVE VECKER, as Organizer, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.; Wagner, J., dissents.

WESTCHESTER CLEANING & DYEING CO., INC., Respondent, v. BARNETT NASSAU, Appellant.— Order affirmed, with ten dollars costs and disbursements. The amended complaint in the form proposed to be served within five days after entry of order upon payment of the costs and disbursements mentioned in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

SADIE TREFZGER, Respondent, v. WILLIAM W. NILES, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

VICTOR M. EICHORN, an Infant, etc., Respondent, v. COMMERCIAL CASUALTY. INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

JENNIE BEACH GASPER, as Cotrustee with Another, under the Trust Deed of FREDERICK C. BEACH, Appellant, v. JAMES ALBERT WALES, as Cotrustee with Another, under the Trust Deed of FREDERICK C. BEACH and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

WILSON & CO., Respondent, v. NEW YORK VEAL AND MUTTON COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

EMILY KADLEC BEBER, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The amended complaint to be served within ten days after entry of order upon payment of the costs mentioned in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

PAUL PLUNKETT & CO., INC., Respondent, Appellant, v. OTTO ABRAHAM and Others, Appellants, Respondents.— Order modified by requiring defendant Jacob Bleibtreu to appear for examination as to all the items contained in the plaintiff's order to show cause, and to produce upon such examination all the papers, books, records and memoranda specified in the said order to show cause, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

M. H. WHITTIER COMPANY, Appellant, v. PERCY M. CHANDLER, Respondent. Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.